ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 SEP 29 PM 3:19

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DANIEL CARLTON JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 316-054 |
| | ) | |
| LYNN SHEFFIELD; SUSAN COLLINS; | ) | |
| and TOMMY BARRENTINE, Lt., | ) | |
| Dodge County Jail, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES AS MOOT** Petitioner's motion to proceed *in forma pauperis*, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 29th day of Sept., 2016, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE